AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America <br> v. <br> JORGE CARBALLO-RODRIGUEZ, <br> ROGER SALAZAR-SALAZAR, and <br> JUAN FAGUNDEZ AREVALO <br> *Defendant(s)* | ) ) ) ) ) ) ) )   Case No. 8:26MJ4 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Buffalo__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bank Burglary |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexander Herman, SA, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 1/8/2026

_____
*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

DISTRICT OF NEBRASKA )
) ss.   Affidavit of SA Alexander Herman
COUNTY OF DOUGLAS )

I, Special Agent Alexander Herman, having been first duly sworn, do hereby depose and state as follows:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so employed since September 15, 2019. Your affiant is currently assigned to the FBI Omaha Cyber Task Force, where your affiant is responsible for investigating cyber crimes such as computer intrusions, ransomware, and other malware-associated crimes. In conducting your affiant's official duties, your affiant has authored numerous affidavits in support of search warrants and criminal indictments. Your affiant has been the Case Agent and has assisted in investigations which have resulted in search warrants, arrests, and the seizure and forfeiture of assets. Your affiant has over 6 years of law enforcement experience and is a certified Digital Forensic Examiner for the FBI. My responsibilities include the investigation of possible violations of federal law and the processing and analysis of digital evidence.

2. The United States is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to different jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has a "scout" to find ATMs, a driver, a person to install the malware, and a person to withdraw the cash from the ATM once the malware is installed. The investigation concerns possible violations of, inter alia, 18 U.S.C. § 371 (Conspiracy) and 18 U.S.C. § 2113 (Bank burglary and larceny).

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant for Jorge Carballo-Rodriguez (dob 10/15/1992), Roger Salazar-Salazar (dob 7/10/91) and Juan Fagundez Arevalo (dob 5/20/1988) for violations of Title 18, United States Code, Section 371 (Conspiracy to Commit Bank Burglary). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally and through written reports.

---

[1] 1 A "Raspberry Pi" is a small, affordable type of computer with its own memory, processor, and drivers. While these devices can be used for many different purposes, based on my training and experience, in the ATM jackpotting context, I know these devices are used to facilitate the installation of malware.

4. On November 30th, 2025, at approximately 1453 hours, Kearney Police Department responded to a radio call in which at ATM hood alarm was activated at Trius Bank at 2915 2nd Ave., Kearney, NE. According to Officer Braylen (KPD), a male wearing a mask exited a "green" late 2000's Toyota SUV. Officer Braylen reported that he received photographs of the Toyota SUV, which he identified as a Toyota Highlander, with no license plates visible on the front and what appeared to be a license plate covered in dirt and grime on the back lift gate. He also reported that he observed the Highlander had a clear plastic wrap/cover over the front bumper and half of the hood. Officers relayed information that one of the suspects had been wearing a white coat and another had a coat on with fur around the hood.



*Snippet taken from Trius Bank surveillance video. The video is from November 30th, 2025 at approximately 2:50 PM. The driver can be seen with the coat with fur around the hood.*



*Snippet taken from Trius Bank surveillance video. The video is from November 30th, 2025 at*

*approximately 2:51 PM. The passenger can be seen with the aforementioned white coat mentioned by Officer Braylen.*



*Snippet taken from Trius Bank surveillance video. The video is also from November 30th, 2025 at approximately 2:51 PM. The passenger can be seen with the aforementioned white coat mentioned by Officer Braylen. This is a video from the exterior roof of the bank.*



*Snippet taken from Trius Bank surveillance video. The video is also from November 30th, 2025 at approximately 2:51 PM. The passenger can be seen entering the hood of the ATM. This is a video from the exterior roof of the bank.*

5. Officer Braylen located the same Toyota Highlander and three (3) occupants driving north on 2nd Avenue near the 5200 block in Kearney, NE. He observed the Toyota pull into the Fill 'n Chill gas station at 5605 2nd Ave W, Kearney, NE 68847. He observed a male exit the vehicle with a white jacket and fur around the hood. He also noticed two other subjects in the vehicle. According to Officer Braylen this was the same vehicle that was at Trius Bank in which the hood was opened. He made contact with the occupants and conducted a traffic stop. The driver of the vehicle, a male wearing a pink hooded sweatshirt exited the vehicle and fled on foot from the scene, ignoring Officer Braylen's commands to stop. Officer Braylen was able to clean the plate and observed a Colorado license plate EDLC43. See below:



. Kearney Police were able to detain the subject who fled from the scene and identified him as Roger Salazar-Salazar (dob 7/10/1991). The other two subjects at the vehicle were detained, and identified as Jorge Carballo-Rodriguez (dob 10/15/1992) and Juan Alexander Fagundez Arevalo (dob 5/20/1988).

. An inventory search of the vehicle resulted in the discovery of an ATM key. Officer Braylen also located a white coat with a fur hood, another white coat, black face mask, a black and gray face mask, and two gloves. See photos below:



*ATM Key located in the center console of the Toyota Highlander.*



*Coat with a fur hood that was worn by the subect outside of the vehicle.*

 

*Black facemask visually similar to the mask wore by the subject at Trius Bank.*   *Black and gray facemask.*



*White coat located inside the Toyota Highlander. Visually similar to the coat wore by the subject at Trius Bank.*



*A white and orange glove found inside the Toyota Highlander.*

8. Three devices were seized from the subjects detained and one device was located inside the Toyota Highlander as well as a mobile hotspot. Those devices were photographed by the Kearney Police Department. Seen below:



9. Jaci Pohl, the VP of Operations at Trius Bank stated that she witnessed the Toyota Highlander approach the ATM, and explained that the subject in the backseat wearing the white coat and black facemask accessed the interior of the ATM using a key in which she stated that she has the same key in order to perform her bank duties and are specifically designed to open ATMs. In her experience, she reported that she believes the subjects were accessing the ATM to surveil law enforcement response to the hood alarm. The ATM had approximately $126,029.74 in US currency at the time the subjects manipulated the machine on 11/30/2025.

10. Juan Fagundez Arevalo was read his Miranda Warnings and after waiving his Miranda Warnings, he stated that he was picked up by the other two after they saw him walking near Walmart in Kearney. He advised he knew them from Venezuela. He further advised that he had been staying in a hotel, but had been kicked out and could not provide the room number he had been staying in. Prior to law enforcement contact, the three were at a gas station eating a hot dog. When asked if they had been at any ATMs, Fagundez Arevalo stated they did stop at a US Bank where the others withdrew money with a bank card there.

11. Jorge Carballo-Rodriguez was read his Miranda Warnings and after waiving his Miranda Warnings, he stated that all three had been driving from Chicago to Denver so he could then go to Nashville for a construction job. He advised that he was the brother in-law to Roger Salazar-Salazar. All three had been in the vehicle for the whole trip and all knew each other. He denied being near any ATMs.

12. Roger Salazar-Salazar was also interviewed. He also waived his Miranda Warnings and provided a statement. He advised that he works for Walmart and periodically comes out to "Nebraska" to work here from Colorado where he lives. Salazar-Salazar could not name the city he was in but told law enforcement that two men he knows from Venezuela were in the area and agreed to pick him up. They then went to Chipotle to eat before being stopped by police. Salazar-Salazar was asked why he ran, to which he replied that he was afraid they were "ICE," or immigration enforcement. Salazar-Salazar was asked if he was at any ATMs to which he replied that he was dropped off in the parking lot of a clinic while the other two took the vehicle to the ATM; he added he didn't know what they were doing.

13. Special Agents and Task Force Officers of the FBI Omaha Cyber Task Force were notified of the suspected ATM jackpotting crews and informed of their arrests. Two separate incidents were reported by the Holdrege Police Department and the Webster County Sheriff's Office.

14. On 11/27/2025 at approximately 2022 hours, an ATM at South Central Bank at 101 S Willson Street in Blue Hill, NE was manipulated and the hood opened. Travis Fraser, Executive Vice President of South Central Bank, stated that a loud audible alarm was activated and the subjects left the area. The amount of money in the ATM was approximately $28,000.00 in US currency. The subjects were in a grey Toyota Highlander. See pictures below:



*Snippet taken from South Central Bank's ATM surveillance on 11/27/2025 at 2022 hours, depicting a male subject in a white coat similar to the white coat found in the Toyota Highlander during the traffic stop. Also depicted is white and orange gloves, visually similar to the gloves located in the Highlander during the traffic stop in Kearney.*



*Snippet taken from South Central Bank's ATM surveillance on 11/27/2025 at 2022 hours, depicting a male subject driver wearing a coat with a fur hood, driving the grey Toyota Highlander.*

15. Holdrege Police Department stated that they took a report of an attempted burglary after an ATM at Bruning Bank at 1221 Burlington Street, Holdrege, NE was malfunctioning on 12/1/2025. Bank surveillance from Bruning Bank revealed subjects in a grey Toyota Highlander pulled up to the ATM on 11/28/2025 at approximately 2053 hours. The back passenger exits the vehicle and opens the ATM hood. The vehicle is seen leaving for approximately 15 minutes before it returns again and the back passenger opens the ATM hood once again. See pictures below:



*Snippet taken from Bruning Bank surveillance video on 11/28/2025 at 8:53 PM.*



*Snippet taken from Bruning Bank surveillance video on 11/28/2025 at 9:09 PM, depicting the subject's return to the ATM.*

16. Holdrege Police Officer Kaleb Ericson stated that the ATM was inoperable because the machine's hard drive was unplugged.

17. The loan manager, Riley Nichols from Bruning Bank indicated that there was $48,540.00 in US Currency.

18. After reviewing the circumstances of the arrests, there is sufficient cause to believe that the individuals arrested were, in fact, likely ATM jackpotters. In my training and experience working crimes related to ATM jackpotting, it is known that crews of several persons, typically undocumented Venezuelan nationals, travel across the country in multiple vehicles going from ATM to ATM scouting their next targets. They travel in multiple vehicles because each group is assigned a specific role in the ATM jackpot. For example, one group will typically serve as a lookout while the other groups have their own roles in accessing the ATM or transporting stolen funds.

19. We have also learned from our investigations that coordination is handled both internally among the groups using cell phones to communicate, and externally by higher-level accomplices and centralized entities who also communicate through encrypted messaging apps via cell phone. In my experience, cell phones often contain valuable evidence of jackpotting crimes, to include routes/maps of targeted sites, images and videos of ATM jackpottings, and communications with co-conspirators discussing their crimes.

20. Jorge Carballo-Rodriguez, Roger Salazar-Salazar and Juan Fagundez Arevalo are Venezuelan nationals with ICE detainers in place, currently pending removal proceedings.

21. Based on the foregoing, your affiant submits that there is probable cause to believe that Jorge Carballo-Rodriguez, Roger Salazar-Salazar and Juan Fagundez Arevalo committed a violation of Title 18, United States Code, Section 371.

_____
Alexander Herman, Special Agent
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date: January 8, 2026

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge